Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California  95112
Telephone (408) 298-2000
Facsimile  (408) 298-6046

Attorneys for Plaintiff
Jesus Sosa

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS SOSA,<br><br>              Plaintiff,<br><br>    vs.<br><br>PRITPAL KAUR, an individual,<br><br>              Defendant. | No.  1:10-CV-02142-OWW-SKO<br><br>**STIPULATION FOR DISMISSAL OF ACTION; ORDER** |

IT IS HEREBY STIPULATED by and between Plaintiff Jesus Sosa and Defendant Pritpal Kaur, the parties to this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety.

Date: June 6, 2011                                              MOORE LAW FIRM, P.C.


                                                                /s/Tanya E. Moore
                                                                Tanya E. Moore
                                                                Attorney for Plaintiff Jesus Sosa

/

/

*Sosa v. Kaur*
Stipulation for Dismissal

Page 1

Date: June 6, 2011                                FISHMAN, LARSEN, GOLDRING & ZEITLER

/s/ Amanda Bishop
Amanda S. Bishop, Attorneys
for Defendant Pritpal Kaur

**ORDER**

The parties having so stipulated,

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety.

IT IS SO ORDERED.

Dated:  **June 6, 2011**                          **/s/ Oliver W. Wanger**
                                                  UNITED STATES DISTRICT JUDGE

*Sosa v. Kaur*
Stipulation for Dismissal